Case 1:22-cv-05782-KAM-VMS   Document 4   Filed 09/28/22   Page 1 of 1 PageID #: 28

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

| | |
|---|---|
| SAIERA GULAMOVA, Individually and on Behalf of All Other Persons Similarly Situated,<br><br>Plaintiffs,<br><br>-against-<br><br>ACCENTCARE OF NEW YORK, INC. d/b/a ACCENTCARE, and STEPHAN RODGERS<br><br>Defendants. | 1:22-cv-5782   KAM-VMS<br><br>**SUMMONS IN A CIVIL ACTION** |

To:   ACCENTCARE OF NEW YORK, INC. d/b/a ACCENTCARE
*Serve to NYS Secretary of State*

STEPHAN RODGERS
*Serve to 17855 North Dallas Parkway, Suite 200, Dallas Texas, 75287*

A lawsuit has been filed against you.
Within 21 days after service of this summons on you (not counting the day you received it) – or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) – you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Sim & DePaola, LLP
42-40 Bell Blvd., Suite 405
Bayside, NY 11361
(718) 631-7300

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You must also file your answer or motion with the court.

Brenna Mahoney
*CLERK OF THE COURT*

Date: 9/29/2022

s/Kimberly Davis

*Signature of Clerk or Deputy Clerk*